# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

NASTASHA BOND, ETHEL and
ISSAC BROOKS, d/b/a TOTS,

      Plaintiffs,

                              Civil Case No. 1:13-cv-1252JDB/egb

v.

WHIRLPOOL, MAYTAG, a
Michagan Corporation, JANICE PAGE
HOLLINGSWORTH and GARY
HOLLINGSWORTH,

      Defendant.

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 11/5/2013, judgment is entered in favor of the Defendants, Whirlpool, Maytag, a Michigan Corporation, Janice Page Hollingsworth and Gary Hollingswoth.

**APPROVED:**

                                              s/J. Daniel Breen
                                              Chief United States District Judge

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**